UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TIM ROBERSON, | ) |
| | ) CASE NO. C08-3072MWB |
| Petitioner, | ) CR06-3010MWB |
| | ) |
| vs. | ) JUDGMENT IN A CIVIL CASE |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent, | ) |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Petitioner's request for relief pursuant to 28 U.S.C. Section 2255 is denied and this matter is dismissed in its entirety. Accordingly, no certificate of appealability will issue for any claim or contention in this case.

DATED: November 16, 2009.

Robert L Phelps - Clerk

BY: s/kfs
Deputy Clerk